# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number: |
| § | DR:10-CR-01010(1)-AML |
| (1) Darcy Kathleen Smith § | |
| *Defendant* | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Darcy Kathleen Smith, a hearing was set for June 11, 2010.

Manuel Pacheco was appointed to represent the defendant. On June 11, 2010, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 30th day of June, 2010.

_____
COLLIS WHITE
U.S. MAGISTRATE JUDGE